MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: denise.barton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TUAN TAN NGUYEN,<br>a/k/a Quang Ding Phan,<br><br>Defendant. | CR NO. 11-MJ-71125-MAG<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS CONFERENCE AND WAIVE TIME PERIOD OR PRELIMINARY HEARING |

1   On October 4, 2011, the defendant made his first appearance in this District on a
2   complaint from the District of Massachusetts, *United States v. Tuan Tan Nguyen*, Case No. CR
3   95-0249-JLA. On October 14, 2011 and October 28, 2011, at prior appearances on this matter
4   before the Honorable Rosalyn M. Chapman and Timothy J. Bommer, respectively, the defendant
5   waived his right to have a preliminary hearing on the complaint within the time period set under
6   Fed. R. Cr. P. 5(c)(3)(C) and 5.1(c).
7   On November 18, 2011, the defendant appeared before the Honorable Joseph C. Spero.
8   Defense counsel and counsel for the United States advised the Court that the defendant was
9   seeking to resolve the matter by pleading guilty in this District under Fed. R. Cr. P. 20; that
10  negotiations were ongoing with the District of Massachusetts; and that additional time was
11  required to complete the negotiations and effect the transfer of the case to this District. On that
12  date, the defendant again waived his right to seek a preliminary hearing on the complaint with the
13  time period set under Fed. R. Cr. P. 5(c)(3)(C) and 5.1(c). The matter was set for a further
14  appearance on December 16, 2011.
15  The parties have continued to work towards resolution of this matter and the two United
16  States Attorney's Offices involved, the District of Massachusetts and the Northern District of
17  California, are seeking the requisite approvals to affect a Rule 20 transfer. To allow sufficient
18  time for the United States Attorney's Offices and the defendant to complete the negotiations and
19  obtain the requisite approvals, the parties seek a continuance until January 18, 2012 and request
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

US V. NGUYEN, CR NO. 11-MJ-71125-MAG
STIP. AND [PROPOSED] ORDER

1  that the matter be set for status on that date. As he has at prior appearances, the defendant waives his right to seek a preliminary hearing on the complaint with the time period set under Fed. R. Cr. P. 5(c)(3)(C) and 5.1(c).

Date: December 14, 2011

                                        Respectfully Submitted,

                                        MELINDA HAAG
                                        UNITED STATES ATTORNEY

                                        /s/
                                        DENISE MARIE BARTON
                                        Assistant U.S. Attorney

                                        TUAN TAN NGUYEN

                                        /s/
                                        RONALD C. TYLER
                                        Attorney for TUAN TAN NGUYEN

### [PROPOSED] ORDER

In accordance with Fed. R. Cr. P. 5(d), based upon the representation of counsel, the defendant's stated consent, and for good cause shown, the Court finds that the ends of justice served by extending the time period set for a preliminary hearing under Fed. R. Cr. P. 5(c)(3)(C) and 5.1(c) outweigh the best interests of the public and the defendant in a prompt disposition of this matter. Therefore, IT IS HEREBY ORDERED that the status conference on December 16, 2012 be continued until January 18, 2012. IT IS FURTHER ORDERED that the period by which a preliminary hearing on the complaint must be heard is continued from December 16, 2011 through January 18, 2012.

DATED: Dec 14, 2011

                                        HONORABLE ELIZABETH D. LAPORTE
                                        United States Magistrate Court Judge

US V. NGUYEN, CR NO. 11-MJ-71125-MAG
STIP. AND [PROPOSED] ORDER